Submitted on record and briefs June 29, conviction affirmed; remanded for resentencing December 2, 1992, reconsideration denied February 17, petition for review pending 1993

STATE OF OREGON,
*Respondent,*

*v.*

GEORGE EDWARD FARMER,
*Appellant.*

(90-10-5117-C; CA A71107)

842 P2d 465

Jesse Wm. Barton, Assistant Public Defender, Salem, filed the brief for appellant. With him on the brief was Sally L. Avera, Public Defender, Salem.

Timothy A. Sylwester, Assistant Attorney General, Salem, filed the brief for respondent. With him on the brief were Charles S. Crookham, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Warren, Presiding Judge, and Riggs and Edmonds, Judges.

PER CURIAM

Conviction affirmed; remanded for resentencing. *State v. Morgan,* 116 Or App 338, 842 P2d 406 (1992).